## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

IN RE:

STEPHEN VINCENT

DEBTOR(S),

Case No.  09 B 72341

Chapter 7

Judge Mary P. Gorman

---

### MOTION FOR RELIEF FROM THE AUTOMATIC STAY

---

**NOW COMES** Chase Home Finance LLC (hereinafter "Creditor"), by and through its attorneys, CODILIS & ASSOCIATES, P.C.**,** and moves this Honorable Court for an Order granting relief from the automatic stay of this proceeding and in support thereof respectfully represents as follows:

1.	The Debtor is indebted to this Creditor or servicer for which the movant claims a valid security interest in the property commonly known as 4925 E Desert Cove Avenue 264, Scottsdale, AZ;

2.	This security interest arose from a Note and Mortgage, executed on 6/27/2006, in the amount of $218,000.00;

3.	The principal balance is due this Creditor or servicer herein on account of said indebtedness as of 12/7/09, was in the amount of $209,950.15;

4.	Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. Section 362 of the Bankruptcy Code upon Debtor filing of this petition on 8/7/09;

5.	This Creditor is entitled to relief from the automatic stay under 11 U.S.C. 362(d) for the following reasons:

      a.    The Debtor is in default in the performance of the terms and conditions of said Note and Mortgage and are contractually due for the 9/1/09, mortgage payment with an estimated default as of 12/1/09, in the amount of $6,941.81, including post-petition attorney fees and costs;

      b.    To the best of Creditor's knowledge, no non-exempt equity exists in the subject property or any equity that does exist is so insubstantial as to be of little or no benefit or burdensome to the estate;

6.    The approximate value of real estate is $189,000.00, per Debtor's Schedules;

7.    Movant has incurred attorneys fees and/or costs in connection with this bankruptcy proceeding which have been included in the calculation of any default figures quoted herein subject to court approval, including:

        $550.00    for Preparation of Notice and Motion for Relief from the Automatic Stay, One Court appearance if necessary

        $150.00    for Court filing fee

8.    Pursuant to Debtor's filed Statement of Intention, the property known as 4925 E Desert Cove Avenue 264, Scottsdale, AZ is to be surrendered;

9.    The Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Creditor requests this Court so order;

**WHEREFORE,** CHASE HOME FINANCE LLC its principals, agents, successors and/or assigns prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) granting relief from the automatic stay of this proceeding, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated December 8, 2009.

          Respectfully Submitted,

          By: /s/ Rachael Stokas

          Berton J. Maley ARDC#6209399
          Gloria C. Tsotsos ARDC# 6274279
          Jose G. Moreno ARDC#6229900
          Rachael A. Stokas ARDC#6276349
          Peter C. Bastianen ARDC#6244346
          Joel P. Fonferko ARDC#6276490
          Maria A. Georgopoulos ARDC#6281450
          CODILIS & ASSOCIATES, P.C.
          15W030 North Frontage Road, Suite 100
          Burr Ridge, IL 60527
          (630) 794-5300
          **C & A FILE (14-09-40534)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

IN RE:

STEPHEN VINCENT

DEBTOR(S),

Case No.  09 B 72341

Chapter 7

Judge Mary P. Gorman

## CERTIFICATE OF SERVICE

  The undersigned, an attorney, hereby certify that I served a copy of the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on December 8, 2009 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on December 8, 2009.

 John L. Swartz, Interim Trustee, 1 W. Old State Capitol Plz, #600, POB 2117, Springfield, IL 62705-2117 by electronic notice through ECF
 Stephen Vincent, Debtor(s), 3209 Easton CT, Springfield, IL 62702
 Kevin Linder, Attorney for Debtor(s), 625 S. Second St. PO Box 5327, Springfield, Il 62704 by electronic notice through ECF
 Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF


               /s/ Rachael Stokas
               Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE NO. (14-09-40534)**

NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:

STEPHEN VINCENT | In Proceeding Under Chapter 7

DEBTOR(S), | Case No. 09 B 72341

## SUMMARY OF EXHIBITS

The following exhibit(s) pertain to the Motion for Relief from the Automatic Stay filed by CHASE HOME FINANCE LLC on December 8, 2009:

1. Note / Mortgageor relevent excerpts.

2. Assignments, if applicable.

/s/ Rachael Stokas
Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of all exhibits listed below, , were transmitted via electronic filing and provided electronically by the Bankruptcy Court to the Trustee and Debtor's attorney on December 8, 2009 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on December 8, 2009.

John L. Swartz, Interim Trustee, 1 W. Old State Capitol Plz, #600, POB 2117, Springfield, IL 62705-2117 by electronic notice through ECF
Stephen Vincent, Debtor(s), 3209 Easton CT, Springfield, IL 62702
Kevin Linder, Attorney for Debtor(s), 625 S. Second St. PO Box 5327, Springfield, Il 62704 by electronic notice through ECF
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

/s/ Rachael Stokas